MARC J. SCHNEIDER, SBN 214609
 mschneider@sycr.com
LAURA FLEMING, SBN 219287
 lfleming@sycr.com
STEPHEN L. RAM, SBN 240769
 sram@sycr.com
RYAN W. SMITH, SBN 272361
 rsmith@sycr.com
STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation
660 Newport Center Drive, Suite 1600
Newport Beach, California 92660-6441
Telephone: (949) 725-4000
Fax: (949) 725-4100

Attorneys for Defendants
LOANGENIE, INC., NEWPORT CAPITAL ASSET MANAGEMENT GROUP, G.P., JOHN VASQUEZ, and GARY HOYER

FILED
CLERK, U.S. DISTRICT COURT

SEP - 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

JAMES BADAME, KEVIN RIEKE, JAMES KURRACK, ELIZABETH MITCHELL, FRANCIS LAU, ABOBAKER TUKHI, and CRAIG SUNADA,

Plaintiffs,

v.

LOANGENIE, INC., a business entity; NEWPORT CAPITAL ASSET MANAGEMENT GROUP, G.P., a business entity; JOHN VASQUEZ, an individual; GARY HOYER, an individual; and DOES 1 through 250, inclusive,

Defendants.

Case No. SACV11-326 DOC (Ex)

Assigned to Judge David O. Carter

[~~PROPOSED~~] PROTECTIVE ORDER

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

[PROPOSED] STIPULATED PROTECTIVE ORDER
LITIOC/2006096v1/102020-0001

## [~~PROPOSED~~] ORDER

Based upon the Parties' [Proposed] Stipulated Protective Order and good cause appearing therefore, the terms of said document are hereby adopted as an Order of this Court in the above captioned matter.

**IT IS SO ORDERED.**

DATED: ~~August~~ Sept. 7, 2011

By: _____
The Honorable ~~David O. Carter~~
~~U.S. District Court Judge~~
Charles F. Eick