JS - 6

1  **THE LAW OFFICES OF CARLIN & BUCHSBAUM, LLP**
GARY R. CARLIN, CSBN: 44945
2  gary@carlinbuchsbaum.com
BRENT S. BUCHSBAUM, CSBN: 194816          NOTE: CHANGES HAVE BEEN
3  brent@carlinbuchsbaum.com                MADE TO THIS DOCUMENT
LAUREL N. HAAG, CSBN: 211279
4  laurel@carlinbuchsbaum.com
555 East Ocean Blvd., Suite 818
5  Long Beach, California 90802
Telephone: (562) 432-8933
6  Facsimile:  (562) 435-1656

7  Attorneys for Plaintiffs, JAMES BADAME, KEVIN RIEKE, JAMES KURRACK,
ELIZABETH MITCHELL, FRANCIS LAU, ABOBAKER TUKHI, and CRAIG
8  SUNADA

9

10                **UNITED STATES DISTRICT COURT**

11                **CENTRAL DISTRICT OF CALIFORNIA**

12

13  JAMES BADAME, KEVIN RIEKE,          Case No. SACV-11-00326 DOC (Ex)
JAMES KURRACK, ELIZABETH            Hon. David O. Carter, Dept. 9-13
14  MITCHELL, FRANCIS LAU,
ABOBAKER TUKHI, and CRAIG           **ORDER TO ENFORCE THE**
15  SUNADA,                             **SETTLEMENT AGREEMENT**
**PURSUANT TO THE PARTIES'**
16            Plaintiffs;               **STIPULATION OF DISMISSAL**
**AND ORDER RE STIPULATION**
17       vs.                            **OF DISMISSAL [47]**

18  LOANGENIE, INC., a business entity; [Filed concurrently with Plaintiff's
NEWPORT CAPITAL ASSET               Motion to Enforce the Settlement ]
19  MANAGEMENT GROUP, G.P., a
business entity; JOHN VASQUEZ, an    Date:   May 12, 2014
20  individual; GARY HOYER, an individual; Time:  8:30 a.m.
and DOES 1 through 250, inclusive;   Dept:   9D
21
Defendants                   Complaint Filed: January 14, 2011
22  //
23  //
24  //
25  //
26  //
27
28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having read the motion, opposition and reply papers, and having reviewed the court file, good cause appearing therefore:

IT IS HEREBY ORDERED that judgment in the amount of **$125,329.19** be entered against Defendants LoanGenie, Inc., Newport Capital Asset Management Group, G.P., and John Vasquez.

IT IS HEREBY ORDERED that attorneys' fees in the amount of **$850.00** be awarded to the Plaintiffs.

Dated: May 6, 2014

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE